THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW E. CRIST,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>     Defendant. | CASE NO. C10-5790-JCC<br><br>ORDER |

The Court, having considered the parties' briefing, the Report and Recommendation of the Honorable Brian A. Tsuchida—to which there has been no timely objection—and the balance of the record, ORDERS the following:

1. The Court ADOPTS the Report and Recommendation.

2. The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administrator for further administrative proceedings consistent with the Report and Recommendation.

3. The Clerk shall send copies of this Order to the parties and Judge Tsuchida.

DATED this 28th day of April 2011.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER, C10-5790-JCC
PAGE - 1